**Fill in this information to identify your case:**

Debtor 1: **Donald B. Flanagan, Jr.**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**

Case number (if known): **21-10472**

■ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders         12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**And Plus, LLC**
**c/o Alan M. Cohen**
**Law Offices of Alan M. Cohen, LLC**
**558 Worcester Road**
**Framingham, MA 01702**

Contact

Contact phone

What is the nature of the claim?   **16 Shasta Drive North Reading, MA 01864 Middlesex County**   **$53,676.15**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $114,011.28
Value of security:   - $1,350,000.00
Unsecured claim   $53,676.15

**2**

**Capital One**
**P.O. Box 31293**
**Salt Lake City, UT 84131**

What is the nature of the claim?   credit card   $1,200.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

| Debtor 1 | **Donald B. Flanagan, Jr.** | | Case number *(if known)* | **21-10472** |

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security:                                       -
Unsecured claim

---

**3**

**H. Kenneth Leftoldt, Jr. trustee of the
Copysync, Inc. Liquidation Trust
c/o Bejamin Janke, Esq.- Baker Donselson
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170**

**What is the nature of the claim?**    **personal liability for business related claims.**    **$187,684.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                                       -
Unsecured claim

Contact

Contact phone

---

**4**

**Internal Revenue Service
P.O. Bx 7364
Philadelphia, PA 19101**

**What is the nature of the claim?**    **income tax**    **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                                       -
Unsecured claim

Contact

Contact phone

---

**5**

**Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114**

**What is the nature of the claim?**    **Income taxes**    **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                                       -
Unsecured claim

Contact

Contact phone

---

**6**

**What is the nature of the claim?**    **collection account. Original creditor unknown.**    **$0.00**

| Debtor 1 | **Donald B. Flanagan, Jr.** | Case number *(if known)* | **21-10472** |
|---|---|---|---|

**Peter Roberts & Associates**
**231 East Main Street # 201**
**Milford, MA 01757**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**7**

**Richard Marden**
**8 Birchdale Road**
**Bow, NH 03304**

What is the nature of the claim?    **personal guarantee of business debt**    **$250,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**8**

**Santander Chrysler Capital**
**P.O. Box**
**Susanville, CA 96127-5000**

What is the nature of the claim?    **$9,993.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  **/s/ Donald B. Flanagan, Jr.**　　　　　　　　　　X _____
　**Donald B. Flanagan, Jr.**　　　　　　　　　　　　　Signature of Debtor 2
　Signature of Debtor 1

Date  **April 23, 2021**　　　　　　　　　　　　　　　Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy