EXHIBIT 1
LIQUIDATION ANALYSIS

Donald B. Flanagan, Jr.　Chapter 11 # 21-10472-JEB
**LIQUIDATION ANALYSIS**

### Real Property
**Real Estate**

| | | |
|---|---|---:|
| 16 Shasta Drive, N. Reading | $ | 1,149,150.00 |
| Owned as Tenants by the entirety | | |
| Liens | | |
| Town of North Reading | $ | (57,545.52) |
| Boston Private Bank | $ | (39,584.87) |
| Investors Group | $ | (250,000.00) |
| Exemption-G.L. c. 188 sec. 2 (elderly homestead) | $ | (1,000,000.00) |
| Costs of sale | | |
| Broker's fee 5% | $ | (57,457.50) |
| Net proceeds | $ | - |
| Net available to unsecured creditors | $ | - |
| | | |
| 116 Castle Shores Road | $ | 1,750,000.00 |
| Owned as tenant's by the entirety | | |
| Liens | | |
| Mr. Cooper | $ | (404,496.00) |
| Independence Bank | $ | (984,353.52) |
| Costs of Sale | | |
| Broker's commission | $ | (87,500.00) |
| Net proceeds | $ | 273,650.48 |
| Less Spouse's interest (50%) | $ | (136,825.24) |
| Net available to unsecured creditors | $ | 136,825.24 |
| | | |
| 11 Basel Street | $ | 425,000.00 |
| Owned as tenants by the entirety | | |
| Liens | | |
| PHH Mortgage | $ | (125,584.16) |
| First Electric Motor Corp. | $ | (160,000.00) |
| Costs of Sale | | |
| Broker' commission | $ | (21,250.00) |
| Net proceeds | $ | 118,165.84 |
| Less Spouse's interest (50%) | $ | (59,082.92) |
| Net Available to unsecured creditors | $ | 59,082.92 |
| | | |
| Net Non-exempt real estate equity | $ | 195,908.16 |
| | | |
| **Vehicles** | | |
| 2009 Ford F-250 | $ | 12,000.00 |
| | | |
| 2017 Cadilac Escalade | $ | 39,000.00 |
| less GM Financial Lien | $ | (18,109.76) |
| Less Exemption | $ | (19,500.00) |
| Net | $ | 1,390.24 |
| | | |
| 2009 Harley Davidson Softtail | $ | 6,269.00 |
| Less Lien | $ | (6,269.00) |
| Net | $ | - |
| | | |
| 2009 Cobalt 272 Watercraft (1/4 interest) | $ | 57,000.00 |
| Less Lien of M&T Bank | $ | (22,000.00) |
| Net 1/4 interest | $ | 8,750.00 |
| | | |
| Net Non Exempt Vehicle Equity: | $ | 22,140.24 |
| | | |
| **Personal property** | | |
| Household goods and furnishings | $ | 5,000.00 |
| Electronics | $ | 500.00 |
| Firearms | $ | 1,500.00 |
| Clothing | $ | 500.00 |
| Eastern Bank checking account | $ | 10,000.00 |
| 34.28 % interest in In-Force Technology* | $ | - |
| 2020 Income owed by IFT | $ | 72,700.00 |
| Less Exemptions | $ | (9,646.30) |
| Net personal property: | $ | 80,553.70 |
| | | |
| Total Net Non-Exempt Property | $ | 298,602.10 |
| Less Chapter 11 Administrative Expenses | $ | (40,000.00) |
| Less Chapter 7 Administrative Expenses | $ | (50,000.00) |
| Less Chapter7 Trustee Commission** | $ | (90,000.00) |
| Net To Unsecured Creditors | $ | 118,602.10 |

*Restrictions on sale of stock render them effectively worthless to a chapter 7 trustee.
** Assumes liquidation of real NH real estate, vehicles, boat and deferred income, but not clothing, firearms, electronics and household furnishings. Figure is calculated pursuant to 11 U.S.C. Sec. 346

EXHIBIT 2
SUMMARY OF POST-PETITION OPERATIONS AND PROJECTIONS

Donald B. Flanagan, Jr.  Chapter 11 Case No.: 21-10472
Summary of Post-Petition Operations

**April 5-30, 2021**

| | | |
|---|---|---|
| Beginning Cash | $ | 846.30 |
| **Income** | | |
| In Force Technology | $ | 26,540.00 |
| Misc. | $ | - |
| **Expenses** | | |
| Independence Bank Mortgage | $ | 4,739.00 |
| Homeowners Insurnace | $ | 1,275.60 |
| Auto Inurance | $ | 810.50 |
| PHH Mortgage (Basel Street Mort | $ | 2,470.52 |
| Cell phone plan | $ | 324.29 |
| M&T Bank payments | $ | 2,300.00 |
| Food/household supplies | $ | 421.55 |
| dry cleaning | $ | 24.50 |
| Bank charges | $ | 48.00 |
| Entertainment | $ | 20.63 |
| Misc. | $ | 400.00 |
| **Total expenses** | $ | 12,834.59 |
| Net Cash Flow | $ | 13,705.41 |
| **Ending Cash** | $ | **14,551.71** |

**May-21**

| | | |
|---|---|---|
| Beginning Cash | $ | 14,551.71 |
| **Income** | | |
| In Force Technolgy | $ | 12,600.00 |
| Misc. | $ | 66.74 |
| **Expenses** | | |
| Independence Bank Mortgage | $ | 4,738.60 |
| Mr. Cooper (Castle Shores Mortgage) | $ | 9,183.63 |
| Cable/Internet | $ | 1,073.86 |
| Electric (NH Properties) | $ | 519.00 |
| Real estate insurance | $ | 1,303.40 |
| Life Insurance (Jan) | $ | 1,562.12 |
| Life Insurance (Don) | $ | 6,544.72 |
| GM Financial (Cadilac Escalade) | $ | 842.50 |
| Auto Insurance | $ | 623.17 |
| Food and household supplies | $ | 281.63 |
| Bank fee | $ | 30.00 |
| Misc. | $ | 18.37 |
| **Total Expenses** | $ | **26,721.00** |
| Net Cash Flow | $ | (14,054.26) |
| **Ending Cash** | $ | 497.45 |

**Jun-21**

| | | |
|---|---|---|
| Beginning Cash | $ | 497.45 |
| **Income** | | |
| In-Force Technology | $ | 20,000.00 |
| **Expenses** | | |
| Indepdence Bank | $ | 4,738.60 |
| Boston Private Bank | $ | 2,125.00 |
| New Hampshire Electric | $ | 258.90 |
| N. Reading Electric | $ | 146.50 |
| PHH Mortgage | $ | 3,705.78 |
| Auto Insurnace | $ | 172.20 |
| Food/household items | $ | 523.95 |
| **Total expenses** | $ | **11,670.93** |
| Net Cash Flow | $ | 8,329.07 |
| **Ending Cash** | $ | **8,826.52** |

Donald B. Flanagan, Chapter 11 Case No. 21-10742-JEB
Statement of Financial Projections
September 2021-August 2022

| | September | October | November | December | January | February | March | April | May | June | July | August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash on Hand | $ 20,000.00 | $ 12,369.99 | $ 8,894.98 | $ 10,309.97 | $ 27,679.96 | $ 24,204.95 | $ 25,619.94 | $ 17,989.93 | $ 14,514.92 | $ 15,929.91 | $ 8,299.90 | $ 9,096.89 |
| **Income** | | | | | | | | | | | | |
| Income from JFT | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 45,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| JRF Social Security | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 |
| Interest on loans from Jan to IFT | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 |
| Contribution from Brandon | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| **Total Income** | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 54,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 |
| **OrdinaryLiving Expenses** | | | | | | | | | | | | |
| MA Income Tax* | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Real Estate Taxes residence | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Property insurance (3 properties) | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 | $ 1,075.00 |
| Food and housekeeping supplies | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |
| Electric, Gas, Water/Sewer | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| Cable/Internet | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Clothing/Dry Cleaning | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| Don's life insurance | | $ 6,453.00 | | | $ 6,453.00 | | | | $ 6,453.00 | | | |
| Jan's life insurance | | | $ 1,563.00 | | | $ 1,563.00 | | | | $ 1,563.00 | | $ 2,181.00 |
| Out of pocket medical expenses | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | | | | $ 50.00 | $ 1,563.00 |
| Entertainment/recreation | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| **Total Living Expenses** | $ 5,800.00 | $ 12,253.00 | $ 7,363.00 | $ 5,800.00 | $ 12,253.00 | $ 7,363.00 | $ 5,800.00 | $ 5,800.00 | $ 12,253.00 | $ 7,363.00 | $ 5,800.00 | $ 7,981.00 | $ 9,544.00 |
| **Debt payments** | | | | | | | | | | | | |
| Administration Claims | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Priority taxes (MDOR, N. Reading) | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| **Class 1** | | | | | | | | | | | | |
| Boston Private Bank | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 |
| PHH Mortgage (monthly payment) | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 |
| PHH Mortgage-arrears | $ 454.61 | $ 454.61 | $ 454.61 | $ 454.61 | $ 454.61 | $ 454.61 | $ 454.61 | $ 454.61 | $ 454.61 | $ 454.61 | $ 454.61 | $ 454.61 |
| Mr. Cooper -monthly payments | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 |
| Mr. Cooper-arrears | $ 582.75 | $ 582.75 | $ 582.75 | $ 582.75 | $ 582.75 | $ 582.75 | $ 582.75 | $ 582.75 | $ 582.75 | $ 582.75 | $ 582.75 | $ 582.75 |
| **Class 2** | | | | | | | | | | | | |
| Independence Bank | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 |
| **Class 3** | | | | | | | | | | | | |
| Investor Group | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 |
| GM Financial | $ 513.30 | $ 513.30 | $ 513.30 | $ 513.30 | $ 513.30 | $ 513.30 | $ 513.30 | $ 513.30 | $ 513.30 | $ 513.30 | $ 513.30 | $ 513.30 |
| Class 8 General Unsecured Claims | $ 10,608.00 | | | $ 10,608.00 | | | $ 10,608.00 | | | $ 10,608.00 | | |
| **Total Debt payments** | $ 31,660.01 | $ 21,052.01 | $ 21,052.01 | $ 31,660.01 | $ 21,052.01 | $ 21,052.01 | $ 31,660.01 | $ 21,052.01 | $ 21,052.01 | $ 31,660.01 | $ 21,052.01 | $ 21,052.01 |
| **Total Expenses** | $ 37,460.01 | $ 33,305.01 | $ 28,415.01 | $ 37,460.01 | $ 33,305.01 | $ 28,415.01 | $ 37,460.01 | $ 33,305.01 | $ 28,415.01 | $ 37,460.01 | $ 29,033.01 | $ 30,596.01 |
| **Net Cash Flow** | $ (7,630.01) | $ (3,475.01) | $ 1,414.99 | $ 17,369.99 | $ (3,475.01) | $ 1,414.99 | $ (7,630.01) | $ (3,475.01) | $ 1,414.99 | $ (7,630.01) | $ 796.99 | $ (766.01) |
| **Ending Cash** | $ 12,369.99 | $ 8,894.98 | $ 10,309.97 | $ 27,679.96 | $ 24,204.95 | $ 25,619.94 | $ 17,989.93 | $ 14,514.92 | $ 15,929.91 | $ 8,299.90 | $ 9,096.89 | $ 8,330.88 |

*Debtor has substantial Net Operating Losses to be carried forward which will offset any federal income tax liability through at least 2024. As such, only Massachusetts resident income tax is projected here.

Donald B. Flanagan, Chapter 11 Case No. 21-10742-JEB
Statement of Financial Projections

September 2022-August 2023

| | September | October | November | December | January | February | March | April | May | June | July | August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash on Hand | $ 5,879.00 | $ 1,111.65 | $ 409.30 | $ 4,686.95 | $ 24,919.60 | $ 24,217.25 | $ 28,494.90 | $ 23,727.55 | $ 23,025.20 | $ 27,302.85 | $ 22,535.50 | $ 21,833.15 |
| **Income** | | | | | | | | | | | | |
| Net income from IFT | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 45,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Mrs. Flanagan Social Security | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 | $ 1,130.00 |
| Interest Payments from In Force to Mrs. Flanagan | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 |
| Contribution from Brandon | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| **Total Income** | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 54,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 | $ 29,830.00 |
| **Ordinary Living Expenses** | | | | | | | | | | | | |
| MA income tax | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Real Estate Taxes residence | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Property insurance (3 properties) | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 |
| Food and housekeeping supplies | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Electric, Gas, Water/Sewer | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| Cable/internet | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Clothing/Dry Cleaning | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| Don's life insurance | $ - | $ 6,543.00 | $ - | $ - | $ 6,543.00 | $ - | $ - | $ - | $ 6,543.00 | $ - | $ - | $ 6,543.00 |
| Jan's life insurance | $ - | $ - | $ 1,563.00 | $ - | $ - | $ 1,563.00 | $ - | $ - | $ - | $ 1,563.00 | $ - | $ - |
| Out of pocket medical expenses | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 |
| Entertainment/recreation | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| **Total Living Expenses** | $ 5,975.00 | $ 12,518.00 | $ 7,538.00 | $ 5,975.00 | $ 12,518.00 | $ 7,538.00 | $ 5,975.00 | $ 5,975.00 | $ 12,518.00 | $ 7,538.00 | $ 5,975.00 | $ 12,518.00 | $ 7,538.00 |
| **Debt payments** | | | | | | | | | | | | |
| Priority taxes (MDOR, N. Reading Class 1 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Boston Private Bank | | | | | | | | | | | | |
| PHH Mortgage (monthly payment) | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 |
| Mr. Cooper -monthly payments Class 2 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 |
| Independence Bank | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 |
| Investor's Group | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 |
| Class 6 GM Financial | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 | $ 2,262.39 |
| Class 8- General Unsecured Claims | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 |
| | $ 10,608.00 | $ - | $ - | $ 10,608.00 | $ - | $ - | $ 10,608.00 | $ - | $ - | $ 10,608.00 | $ - | $ - |
| **Total Debt payments** | $ 28,622.35 | $ 18,014.35 | $ 18,014.35 | $ 28,622.35 | $ 18,014.35 | $ 18,014.35 | $ 28,622.35 | $ 18,014.35 | $ 18,014.35 | $ 28,622.35 | $ 18,014.35 | $ 18,014.35 |
| **Total Expenses** | $ 34,597.35 | $ 30,532.35 | $ 25,552.35 | $ 34,597.35 | $ 30,532.35 | $ 25,552.35 | $ 34,597.35 | $ 30,532.35 | $ 25,552.35 | $ 34,597.35 | $ 30,532.35 | $ 25,552.35 |
| **Net Cash Flow** | $ (4,767.35) | $ (702.35) | $ 4,277.65 | $ 20,232.65 | $ (702.35) | $ 4,277.65 | $ (4,767.35) | $ (702.35) | $ 4,277.65 | $ (4,767.35) | $ (702.35) | $ 4,277.65 |
| **Ending Cash** | $ 1,111.65 | $ 409.30 | $ 4,686.95 | $ 24,919.60 | $ 24,217.25 | $ 28,494.90 | $ 23,727.55 | $ 23,025.20 | $ 27,302.85 | $ 22,535.50 | $ 21,833.15 | $ 26,110.80 |

Donald B. Flanagan, Chapter 11 Case No. 21-10742-JEB
Statement of Financial Projections

September 2023-August 2024

| | September | October | November | December | January | February | March | April | May | June | July | August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash on Hand | $ 37,778.80 | $ 31,992.45 | $ 30,271.10 | $ 33,529.75 | $ 27,743.40 | $ 26,022.05 | $ 29,280.70 | $ 23,494.35 | $ 21,773.00 | $ 25,031.65 | $ 19,245.30 | $ 17,523.95 |
| **Income** | | | | | | | | | | | | |
| Net income from IFT | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Mrs. Flanagan Social Security | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 | $ 1,150.00 |
| Interest Payments from In Force to Mrs. Flanagan | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 |
| Contribution from Brandon | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| **Total Income** | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 | $ 29,850.00 |
| **Ordinary Living Expenses** | | | | | | | | | | | | |
| MA Income tax | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Real Estate Taxes residence | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 |
| Property insurance (3 properties) | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| Food and housekeeping supplies | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Electric, Gas, Water/Sewer | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 | $ 650.00 |
| Cable/Internet | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Clothing/Dry Cleaning | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 |
| Don's life insurance | | | | | | | | | | | | |
| Jan's life insurance | | | | | | $ 1,563.00 | | | | $ 1,563.00 | | $ 1,563.00 |
| Out of pocket medical expenses | $ 125.00 | $ 125.00 | $ 125.00 | | $ 125.00 | $ 125.00 | | $ 125.00 | $ 125.00 | | $ 125.00 | $ 125.00 |
| Entertainment/recreation | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| **Total Living Expenses** | $ 6,650.00 | $ 13,193.00 | $ 8,213.00 | $ 6,650.00 | $ 13,193.00 | $ 8,213.00 | $ 6,650.00 | $ 8,213.00 | $ 13,193.00 | $ 8,213.00 | $ 6,650.00 | $ 13,193.00 | $ 8,213.00 |
| **Debt payments** | | | | | | | | | | | | |
| Priority taxes (MDOR, N. Reading | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| **Class 1** | | | | | | | | | | | | |
| Boston Private Bank | | | | | | | | | | | | |
| PHH Mortgage (monthly payment) | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 |
| Mr. Cooper -monthly payments | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 |
| **Class 2** | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 | $ 4,530.65 |
| Independence Bank | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 |
| Investor's Group | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 |
| Class 6 GM Financial | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | $ 513.00 | |
| Class 8- General Unsecured Claims | | | | | | | | | | | | |
| **Total Debt payments** | $ 10,608.00 | | | $ 10,608.00 | | | $ 10,608.00 | | | $ 10,608.00 | | |
| **Total Expenses** | $ 28,986.35 | $ 18,378.35 | $ 18,378.35 | $ 28,986.35 | $ 18,378.35 | $ 18,378.35 | $ 28,986.35 | $ 18,378.35 | $ 18,378.35 | $ 28,986.35 | $ 18,378.35 | $ 17,865.35 |
| | $ 35,636.35 | $ 31,571.35 | $ 26,591.35 | $ 35,636.35 | $ 31,571.35 | $ 26,591.35 | $ 35,636.35 | $ 26,591.35 | $ 31,571.35 | $ 35,636.35 | $ 31,571.35 | $ 26,078.35 |
| **Net Cash Flow** | $ (5,786.35) | $ (1,721.35) | $ 3,258.65 | $ (5,786.35) | $ (1,721.35) | $ 3,258.65 | $ (5,786.35) | $ 3,258.65 | $ (1,721.35) | $ (5,786.35) | $ (1,721.35) | $ 3,771.65 |
| **Ending Cash** | $ 31,992.45 | $ 30,271.10 | $ 33,529.75 | $ 27,743.40 | $ 26,022.05 | $ 29,280.70 | $ 23,494.35 | $ 21,773.00 | $ 25,031.65 | $ 19,245.30 | $ 17,523.95 | $ 21,295.60 |

Donald B. Flanagan, Chapter 11 Case No. 21-10742-JEB
Statement of Financial Projections

September 2024-August 2025

| | September | October | November | December | January | February | March | April | May | June | July | August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash on Hand | $ 34,527.60 | $ 29,874.25 | $ 29,285.90 | $ 33,677.55 | $ 29,024.20 | $ 28,435.85 | $ 32,827.50 | $ 28,174.15 | $ 27,585.80 | $ 31,977.45 | $ 27,324.10 | $ 26,735.75 |
| **Income** | | | | | | | | | | | | |
| Net income from IFT | | | | | | | | | | | | |
| Mrs. Flanagan Social Security | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Interest Payments from In Force to Mrs. Flanagan | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 | $ 1,175.00 |
| Contribution from Brandon | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 |
| | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| **Total Income** | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 | $ 29,875.00 |
| **OrdinaryLiving Expenses** | | | | | | | | | | | | |
| MA income tax | | | | | | | | | | | | |
| Real Estate Taxes residence | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Property insurance (3 properties) | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 |
| Food and housekeeping supplies | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 |
| Electric, Gas, Water/Sewer | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| Cable/internet | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| Clothing/Dry Cleaning | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Don's life insurance | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 | $ 175.00 |
| Jan's life insurance | $ - | $ 6,543.00 | $ - | $ - | $ 6,543.00 | $ - | $ - | $ 6,543.00 | $ - | $ - | $ 6,543.00 | $ - |
| Out of pocket medical expenses | | | $ 1,563.00 | | | $ 1,563.00 | | | | $ 1,563.00 | | $ 1,563.00 |
| Entertainment/recreation | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 |
| | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| **Total Living Expenses** | $ 6,050.00 | $ 12,593.00 | $ 7,613.00 | $ 6,050.00 | $ 12,593.00 | $ 7,613.00 | $ 6,050.00 | $ 12,593.00 | $ 7,613.00 | $ 6,050.00 | $ 12,593.00 | $ 7,613.00 |
| **Debt payments** | | | | | | | | | | | | |
| Priority taxes (MDOR, N. Reading | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Class 1 | | | | | | | | | | | | |
| Boston Private Bank | | | | | | | | | | | | |
| PHH Mortgage (monthly payment) | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 |
| Mr. Cooper -monthly payments | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 |
| Class 2 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 |
| Indepdendence Bank | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 |
| Investor's Group | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 |
| Class 8- General Unsecured Claims | $ 10,608.00 | $ - | $ - | $ 10,608.00 | $ - | $ - | $ 10,608.00 | $ - | $ - | $ 10,608.00 | $ - | $ - |
| **Total Debt payments** | $ 28,478.35 | $ 17,870.35 | $ 17,870.35 | $ 28,478.35 | $ 17,870.35 | $ 17,870.35 | $ 28,478.35 | $ 17,870.35 | $ 17,870.35 | $ 28,478.35 | $ 17,870.35 | $ 17,870.35 |
| **Total Expenses** | $ 34,528.35 | $ 30,463.35 | $ 25,483.35 | $ 34,528.35 | $ 30,463.35 | $ 25,483.35 | $ 34,528.35 | $ 30,463.35 | $ 25,483.35 | $ 34,528.35 | $ 30,463.35 | $ 25,483.35 |
| **Net Cash Flow** | $ (4,653.35) | $ (588.35) | $ 4,391.65 | $ (4,653.35) | $ (588.35) | $ 4,391.65 | $ (4,653.35) | $ (588.35) | $ 4,391.65 | $ (4,653.35) | $ (588.35) | $ 4,391.65 |
| **Ending Cash** | $ 29,874.25 | $ 29,285.90 | $ 33,677.55 | $ 29,024.20 | $ 28,435.85 | $ 32,827.50 | $ 28,174.15 | $ 27,585.80 | $ 31,977.45 | $ 27,324.10 | $ 26,735.75 | $ 31,127.40 |

Donald B. Flanagan, Chapter 11 Case No. 21-10742-JEB
Statement of Financial Projections

September 2025-August 2026

| | September | October | November | December | January | February | March | April | May | June | July | August |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash on Hand | $ 33,559.40 | $ 28,706.05 | $ 27,917.70 | $ 32,109.35 | $ 77,256.00 | $ 76,467.65 | $ 80,659.30 | $ 75,805.95 | $ 75,017.60 | $ 80,209.25 | $ 76,355.90 | $ 126,567.55 |
| **Income** | | | | | | | | | | | | |
| Net income from IFT | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 70,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 70,000.00 | $ 20,000.00 |
| Mrs. Flanagan Social Security | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| Interest Payments from In Force to Mrs. Flanagan | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 |
| Contribution from Brandon | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| **Total Income** | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 79,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 29,900.00 | $ 79,900.00 | $ 29,900.00 |
| **Ordinary Living Expenses** | | | | | | | | | | | | |
| Real Estate Taxes residence | | | | | | | | | | | | |
| Property insurance (3 properties) | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 |
| Food and housekeeping supplies | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 | $ 1,275.00 |
| Electric, Gas, Water/Sewer | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 | $ 1,250.00 |
| Cable/internet | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 | $ 750.00 |
| Clothing/Dry Cleaning | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Don's life insurance | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Jan's life insurance | | | | | $ 6,543.00 | | | | $ 6,543.00 | | $ 6,543.00 | |
| Out of pocket medical expenses | | | $ 1,563.00 | | | $ 1,563.00 | | | | $ 1,563.00 | | $ 1,563.00 |
| Entertainment/recreation | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| **Total Living Expenses** | $ 6,275.00 | $ 12,818.00 | $ 7,838.00 | $ 6,275.00 | $ 12,818.00 | $ 7,838.00 | $ 6,275.00 | $ 12,818.00 | $ 7,838.00 | $ 7,838.00 | $ 6,275.00 | $ 7,838.00 |
| **Debt payments** | | | | | | | | | | | | |
| Priority taxes (MDOR, N. Reading) | $ 1,000.00 | $ 1,000.00 | | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | | | | |
| **Class 1** | | | | | | | | | | | | |
| Boston Private Bank | | | | | | | | | | | | |
| PHH Mortgage (monthly payment) | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 | $ 816.43 |
| Mr. Cooper -monthly payments | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 | $ 1,235.26 |
| **Class 2** | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 | $ 4,535.65 |
| Independence Bank | | | | | | | | | | | | |
| Investor's Group | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 | $ 7,656.62 |
| Class 8- General Unsecured Claims | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 | $ 2,626.39 |
| **Total Debt payments** | $ 10,608.00 | | | $ 10,608.00 | | | $ 10,608.00 | | | | $ 10,608.00 | |
| | $ 28,478.35 | $ 17,870.35 | $ 17,870.35 | $ 28,478.35 | $ 17,870.35 | $ 17,870.35 | $ 28,478.35 | $ 17,870.35 | $ 17,870.35 | $ 16,870.35 | $ 27,478.35 | $ 16,870.35 |
| **Total Expenses** | $ 34,753.35 | $ 30,688.35 | $ 25,708.35 | $ 34,753.35 | $ 30,688.35 | $ 25,708.35 | $ 34,753.35 | $ 30,688.35 | $ 24,708.35 | $ 24,708.35 | $ 33,753.35 | $ 24,708.35 |
| Net Cash Flow | $ (4,853.35) | $ (788.35) | $ 4,191.65 | $ 45,146.65 | $ (788.35) | $ 4,191.65 | $ (4,853.35) | $ (788.35) | $ 5,191.65 | $ 5,191.65 | $ (3,853.35) | $ 5,191.65 |
| Ending Cash | $ 28,706.05 | $ 27,917.70 | $ 32,109.35 | $ 77,256.00 | $ 76,467.65 | $ 80,659.30 | $ 75,805.95 | $ 75,017.60 | $ 80,209.25 | $ 76,355.90 | $ 126,567.55 | $ 131,759.20 |

EXHIBIT 3
SUMMARY OF DISTRIBUTIONS TO GENERAL UNSECURED CREDITORS

Donald B. Flanagan, Jr. Schedule of Class 8 General Unsecured Claims

| Claimaint | Amount Asserted by Creditors | Amount Agreed by Debtor |
|---|---|---|
| Capital One Bank | $ 1,454.99 | $ 1,454.99 |
| Massachusetts Department of Revenue | $ 988.78 | $ 988.78 |
| Paychex | $ 22,080.00 | $ 22,080.00 |
| Venture Spire, LLC | $918,923.75 | $187,684.00 |
| Total | $943,447.52 | $212,207.77 |